# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHANELLE CASTELL,

       Plaintiff,

v.

       Case No. 04-71766
       Hon. Gerald E. Rosen
       Magistrate Judge R. Steven Whalen

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER OF REMAND

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    September 29, 2005

PRESENT:  Honorable Gerald E. Rosen
                 United States District Judge

The Court having this day entered an Opinion and Order adopting in part the Magistrate Judge's Report and Recommendation, granting in part Plaintiff's motion for summary judgment, and denying Defendant's motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, REMANDED to the Defendant Commissioner for further administrative proceedings consistent with the Magistrate Judge's Report and Recommendation and this Court's Opinion and Order.

        s/Gerald E. Rosen
        Gerald E. Rosen
        United States District Judge

Dated: September 29, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 29, 2005, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager